IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA CROCKETT, | No. C 12-06429 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS AND VACATING HEARING** |
| RASH CURTIS & ASSOCIATES, | |
| Defendant. / | |

    Because plaintiff has filed an amended complaint, defendant's pending motion to dismiss is **DENIED AS MOOT**. The hearing on February 14 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: January 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE