IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA CROCKETT,<br><br>  Plaintiff,<br><br>  v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>  Defendant.<br>——————————————————/ | No. C 12-06429 WHA<br><br>**ORDER DENYING MOTION TO DISMISS AND VACATING HEARING** |

Because plaintiff has filed an amended complaint, defendant's pending motion to dismiss is **DENIED AS MOOT**. The hearing on February 14 is **VACATED**.

**IT IS SO ORDERED.**

Dated: January 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE