IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIANA CROCKETT,

    Plaintiff,

  v.

RASH CURTIS & ASSOCIATES,

    Defendant.

No. C 12-06429 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The courtroom telephone equipment makes it difficult to conduct hearings by phone, so plaintiff's request to appear by telephone is **DENIED**. Since there is currently a hearing set for **MARCH 21, 2013, AT 8:00 A.M.**, on defendant's motion to dismiss, the Court **CONTINUES** the case management conference to said date and time.

**IT IS SO ORDERED.**

Dated: February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE