IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIANA CROCKETT,

    Plaintiff,

  v.

RASH CURTIS & ASSOCIATES,

    Defendant.

No. C 12-06429 WHA

**ORDER RE SETTLEMENT**

    The Court acknowledges and thanks defendant for its notice of settlement but cautions that all deadlines remain active until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: March 21, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE