UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA CROCKETT,<br><br>    PLAINTIFF,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>    DEFENDANT. | Case No.: 12-cv-06429 WA<br><br>**ORDER** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this  9th  day of July, 2013.

_____
The Honorable William Alsup